June, (E. S.)

MARTIN and SMITH *vs.* GUNBY, *et al.* Lessee.

In an action of ejectment brought by the lessee of the *Vestry of a Parish,* the plaintiff, in order to prove title to the lands in question, offered to read in evidence certain entries in a book, purporting to be, and proved by a witness, who was formerly register of the vestry to be handed down to him as the vestry book of the parish—*Held,* that the testimony was inadmissible.

APPEAL from *Worcester* county court. The appellee, (the plaintiff in the court below,) brought an action of *ejectment* on a demise from *The Vestry of All Hallows Parish*, to wit, *John Gunby*, &c. &c. of a tract of land called *Snow Hill*, it being part of lot No. 9 in the town of *Snow Hill*, in the county of *Worcester*. The defendants below pleaded *not guilty*, and took general defence. At the trial, the plaintiff offered to read in evidence certain entries in a book purporting to be, and proved by *Robert Handy*, who was formerly rector of the vestry, to be hand-

ed down to him as the vestry book of the parish of *All Hallows*, viz. "The proceedings of a vestry held at *Snow Hill*, to wit, the 4th March 1694-5. This vestry hath appointed that the church shall be built at *Snow Hill*, upon the lot formerly laid out for that use, and by reason that the distance of 50 or 60 miles may not answer all person's conveniency to attend from the remote inhabitants, therefore it is agreed by this vestry to have a chappell of ease, the better to answer the more northern inhabitants of the sea side. It is further agreed by this vestry to build a church at *Snow Hill* of 40 feet long," &c. "May the 5th 1741. Cap. *James Martin* moves to the vestry of this parish, for the liberty of building a small house on the lower end of the church lot, near the river side, to set up a pair of scales in; and the said *Martin* has liberty to remove the said house and scales off the lot aforesaid, when he shall think so fit." The defendant objected to the evidence as incompetent. But the court [*Polk*, Ch. J.] overruled the objection, being of opinion that the testimony was legal, and admissible. The defendants excepted. *Verdict* and judgment for the plaintiff, and the defendant appealed to this court.

The cause was argued at June term 1807, before Chase, Ch. J, Tilghman, Nicholson, and Gantt, J. by

*J. Bayly* and *Whittington*, for the Appellant, and by *W. B. Martin*, *Dennis* and *Wilson*, for the Appellee.

JUDGMENT REVERSED, AND PROCEDENDO AWARDED.